ROBERT A. DUNN, WSBA #12089  
DUNN & BLACK, P.S.  
Peyton Building  
10 North Post, Suite 200  
Spokane, Washington  99201  
(509) 455-8711  
(509) 455-8734 (fax)

HON. FRED VAN SICKLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDY R. CLEMONS and JOHN CLEMONS, husband and wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>TRIUMPH COMPOSITE SYSTEMS, INC., a foreign corporation, and MARY LOU THOMAS,<br><br>  Defendants. | Case No.:  CV-07-345-FVS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Judy R. Clemons and John Clemons, by and through their attorneys Dunn & Black, P.S. and Defendants Triumph Composite Systems, Inc. and Mary Lou Thomas, by and through their attorneys Winterbauer & Diamond, PLLC, hereby stipulate to dismissal of this matter without prejudice pursuant to

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE  - 1

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

1  Fed.R.Civ.P. 41(a)(1)(A)(2), with each party bearing their own respective costs and

2  attorney fees.   The District Court Execuitve shall close the file.

3      DATED this  _23rd___ day of January, 2008.

                        _____s/ Fred Van Sickle_____
                        JUDGE FRED VAN SICKLE

                        Respectfully Submitted,
                        DUNN & BLACK, P.S.


                         s/Robert A. Dunn
                        ROBERT A. DUNN, WSBA #12089
                        Attorneys for Plaintiffs
                        Dunn & Black, P.S.
                        10 N. Post, Suite 200
                        Spokane, WA  99201
                        Telephone:  (509) 455-8711
                        Fax:  (509) 455-8734
                        Email:  bdunn@dunnandblack.com


                        WINTERBAUER & DIAMOND, PLLC


                         s/Jamie B. Mathey
                        STEVEN H. WINTERBAUER, WSBA #16468
                        JAMIE B. MATHEY, WSBA #28638
                        Attorneys for Defendants
                        Winterbauer & Diamond, PLLC
                        1200 Fifth Avenue, Suite 1910
                        Seattle, WA  98101
                        Phone: (206) 676-8440
                        Fax: (206) 676-8441
                        Email: mail@winterbauerdiamond.com

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE  - 2

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734